**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**MAMADOU FALL, # A 077-886-766**                                                          **PETITIONER**

**VERSUS**                                           **CIVIL ACTION NO. 5:26cv467-DCB-RPM**

**JOHN DOE**                                                                                    **RESPONDENT**

## ORDER REQUIRING PETITIONER TO RESPOND

This matter is before the Court *sua sponte*.   *Pro se* Petitioner Mamadou Fall is an alien

detainee in the custody of the Department of Homeland Security.   A Petition [1] for Writ of

Habeas Corpus, pursuant to 28 U.S.C. § 2241, was filed, but he failed to sign it as required by 28

U.S.C. § 2242.   Since the Petition is not verified, it is insufficient to invoke federal habeas

jurisdiction.   *Weaver v. Texas*, 441 F.2d 388, 389 n.1 (5th Cir. 1971).   Because the pleading

does not conform to the statute, he shall be required to verify the Petition.

Accordingly, the Clerk of Court shall mail Mamadou Fall a copy of the Petition.   If he

wishes the Petition to remain filed, then he shall sign the document under oath and file it with the

Court no later than August 27, 2026.

**IT IS, THEREFORE, ORDERED** that, for the reasons stated above, the Clerk of Court

shall mail *pro se* Petitioner Mamadou Fall a copy of the Petition [1] along with a copy of this

Order.   If the Petitioner would like the Petition to remain filed, he shall sign the Petition under

oath and file it with the Court **no later than August 27, 2026**.   Petitioner is warned that failure

to timely comply with any Order of the Court or to keep the Court informed of Petitioner's

current address may result in the pleading being stricken and dismissal of this cause.

**SO ORDERED**, this the 13th day of August, 2026.

/s/ *Robert P. Myers, Jr.*

ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE